IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
__Northern__ DIVISION

RECEIVED 2019 MAR 23 A 3: 49
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Peter James Smith

Plaintiff(s),

v.

Humana Inc., et, al.

Defendant(s).

CIVIL ACTION NO. 2:19-cv-212-ECM-SMD

JURY DEMAND (MARK ONE)

☑ YES   ☐ NO

## COMPLAINT

1. Plaintiff(s)' address and telephone number: P.O. Box 1644 Montgomery, Alabama 36102-1644 (334) 552-0683

2. Name and address of defendant(s): Humana Inc., et, al. 500 West Main Street Louisville, K.Y. 40202

3. Place of alleged violation of civil rights: Montgomery, Alabama

4. Date of alleged violation of civil rights: 2-8-2019

5. State the facts on which you base your allegation that your constitutional rights have been violated: Violation of the Affordable Care Act. Breach of contract. Defendant Humana failed to deliver to me the means to use the insurance. Then they failed to give me a full refund after I had made monthly payments into the plan.

1

6. Relief requested: Compensatory and Punitive Damages,

Date: March 23, 2019

Peter James Smith
Peter James Smith
Plaintiff(s) Signature

RECEIVED
MAR 23 A 3:50
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2

# PRIORITY
## ★ MAIL ★
# EXPRESS™

SAME GREAT EXPRESS MAIL® SERVICE, WITH A NEW NAME

GUARANTEED
★ ★ ★
TRACKED
★ ★ ★
INSURED
★



Drop Box
3/26/19
Did not check
drop box
3/25/19

**FLAT RATE ENVELOPE**
ONE RATE ★ ANY WEIGHT*



EP13F July 2013
OD: 12.5 x 9.5

PS10001000006



UNITED STATES POSTAL SERVICE®